UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN ROBINS, | : |
| Plaintiff | : CIVIL ACTION NO. 3:21-1474 |
| v. | : (JUDGE MANNION) |
| SECRETARY JOHN WETZEL, et al., | : |
| Defendants | : |

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. 28 U.S.C. §1915(a)(3).

4. Plaintiff's motion to have Clerk direct service (Doc. 10) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: December 9, 2021
21-1474-01-ORDER