IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Johnathan Robins,
    plaintiff,
  v

Wetzel, et al,        # 3:21-CV-1474
    defendants

FILED SCRANTON DEC 26 2023 Per\_\_\_ DEPUTY CLERK

## MOTION TO COMPEL DISCOVERY TO ALLOW CREATION OF PROPOSED ACCOMMODATION

    The Plaintiff, Johnathan Robins, moves to have this Honorable Court issue an order for Defendants to provide Plaintiff with staff assessments and pre-sentencing report or allow him to inspect documents so he may cure any inaccuracies to allow Defendants to either create a religious accommodation or a statement denying accommodation. Plaintiff moves under Fed. R. Civ. Proc. Rule 26 and 34 Producing Documents and Tangible Things for inspection.

    Wherefore because of above and supporting brief, Motion should be Granted,

    Respectfully Submitted

12-21-23        *Johnathan Robins*
                  Johnathan Robins

Johnathan Robins
JP9849
PO Box A
Bellefonte, Pa 16823

U.S. District Court
235 North Washington Ave
Scranton, Pa 18501

RECEIVED
SCRANTON
DEC 26 2023
PER ___DJ___
DEPUTY CLERK

"Inmate Mail - PA DEPT. OF CORRECTIONS"