UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN ROBINS, | : |
| Plaintiff | :   CIVIL ACTION NO. 3:21-1474 |
| v. | :   (JUDGE MANNION) |
| SECRETARY JOHN WETZEL, *et al.*, | : |
| Defendants | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The defendants' motion to dismiss the plaintiff's second amended complaint **(Doc. 34)** is **DENIED**.

(2) Any decision on the plaintiff's motion to compel discovery **(Doc. 41)** and the plaintiff's motion to compel discovery "to allow creation of proposed amendment" **(Doc. 51)** is **HELD IN ABEYANCE** pending the filing of an opposing brief by the defendants.

(3) The defendants' motion for an extension of time **(Doc. 45)** is **GRANTED**.

(4) The defendants shall file a brief in opposition to the plaintiff's motion to compel discovery and motion to compel discovery "to allow

creation of proposed amendment" within **twenty-one (21) days** of the date of this order.

*[signature]*
MALACHY E. MANNION
United States District Judge

Date: 3/21/25
21-1474-02-ORDER