3:21cv1474

# EXHIBIT A

LICENSE 200800114    RECORDED IN MARRIAGE RECORD 00449    AT PAGE 00425

# Marriage License

## STATE OF MISSOURI
## COUNTY OF ST. LOUIS

*This license authorizes any clergyman, either active or retired, who is in good standing with any church or synagogue in this State or any Judge of a Court of Record or a religious society, religious institution, religious organization of this State, according to the regulations and customs of the society, institution or organization, when either party to the marriage to be solemnized is a member of such society, institution or organization to solemnize Marriage between*

JOHNATHAN ROBINS
of ORLANDO, in the County of DADE and state of FL, who is OVER the age of eighteen years, and
ERICKA MICHELLE JOHNSON
of SOUTH CAROLINA, in the County of HILTON HEAD and state of SC, who is OVER the age of eighteen years

*Witness my hand as Recorder of Deeds with the Seal of Office hereto affixed at my Office in St. Louis County this* 16TH *day of* JANUARY 20 08.

By _____ Deputy

Janice M. Hammonds
Recorder of Deeds

STATE OF MISSOURI
COUNTY OF ST. LOUIS } SS

*This is to Certify that the undersigned*
Honorable Colleen Dolan, Circuit Judge _____ did at
**PERSON PERFORMING CEREMONY**
Clayton, Missouri *in said County, on the* 16TH *day of*
**CITY**
January *A.D. 20* 08 *unite in Marriage the above named persons, and I further Certify that I am legally qualified under the Laws of the State of Missouri to solemnize Marriages.*

**SIGNATURE**
Colleen Dolan, Circuit Judge
**PRINTED NAME/OFFICIAL TITLE**
7900 Carondelet Ave.
**ADDRESS**
Clayton, Missouri 63105
**CITY/STATE**

WITNESS

WITNESS

A