3:21cv1474

# EXHIBIT B

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY
PENNSYLVANIA

CIVIL DIVISION

* * * * * * * * * * * * * * *    No. 08-02157
                                      *
                                      *        79311 0356
LUCILLE FREEMAN                       *
                                      *
        VS.                           *
                                      *
JONATHAN ROBINS                       *
                                      *
* * * * * * * * * * * * * * *


Media, PA, December 31, 2008

***

Courtroom Number C

***

TRANSCRIPT OF PROCEEDINGS

BEFORE:    THE HONORABLE MASTER PATRICIA DONNELLY

           MARY TULL, ESQUIRE
           For the Plaintiff

           PRO SE
           For the Defendant

Diaz Data Services
331 Schuylkill Street, Harrisburg, PA 17110 ~ 717-233-6664

1                                              <u>INDEX</u>

2

3                          DIRECT  CROSS  REDIRECT    RECROSS

4

5          <u>ON BEHALF OF THE PLAINTIFF:</u>

6

7          [none]

8

9          <u>ON BEHALF OF THE DEFENDANT:</u>

10

11         [none]
                                              <u>EXHIBITS</u>
12

13

14                                      MARKED     ADMITTED

15         <u>ON BEHALF OF THE PLAINTIFF:</u>

16

17         [none]

18

19         <u>ON BEHALF OF THE DEFENDANT:</u>

20

21         [none]

22

23

3

```
 1                    P R O C E E D I N G S
 2                     December 31, 2008
 3
 4      MS. TULL:
 5              Case 15, Lucille Freeman vs. Johnathan Robins.
 6              Plaintiff's grandmother, she's not here.  She
 7              has no interest in this case.  Defendant, sir,
 8              go to the side of the courtroom.  State your
 9              name to identify your voice for the record.
10      MR. ROBINS:
11              My name is Johnathan Robins.
12      MS. TULL:
13              I couldn't run guidelines because the
14              Defendant told me he was an independent
15              contractor.  He wouldn't tell me what he did.
16              He wouldn't tell me what he made.  So I
17              couldn't run guidelines.
18      THE COURT:
19              What do you do?
20      MR. ROBINS:
21              I do all kinds of work.  The reason why,
22              right, I really wanted to come to Court is
23              that I'm pissed off because I take care of the
24              child half the time and I, like I told her
25              outside in the hallway, I haven't had the
```

1          time, I don't have a lot of time to work.  And

2          what I don't understand is why my son on

3          welfare.  Why does the grandmother -- you

4          know, I filed -- recently I filed for full

5          custody and so in February we're going to get

6          all this straightened out and custody in

7          Philadelphia Court.  So I'm pissed off that

8          the mother -- because I...

9     THE COURT:

10         Well, you're in a Court of law.  I'll caution

11         you to watch your language.

12    MR. ROBINS:

13         Oh, I'm sorry.  I'm sorry.  I didn't -- yeah,

14         correct.

15    MS. TULL:

16         It's a ten month old child.  How old is the

17         mother of the child?

18    MR. ROBINS:

19         Well, the mother is my wife.

20    MS. TULL:

21         How old is she?

22    MR. ROBINS:

23         She's 16.

24    MS. TULL:

25         How old is she?

1    MR. ROBINS:

2          16.

3    MS. TULL:

4          16.   That's why the grandmother is on -- has a

5          welfare grant for the child.

6    MR. ROBINS:

7          But if they're -- but if we're married -- and

8          I'll give you the paperwork now.

9    MS. TULL:

10          And...

11    THE COURT:

12          How old are you?

13    MR. ROBINS:

14          That's a good question.   40 what...

15    MS. TULL:

16          Sounds like a crime to me.

17    THE COURT:

18          40 what?

19    MR. ROBINS:

20          Like 43.

21    THE COURT:

22          You're 43 and the mother..

23    MR. ROBINS:

24          Yes, I am.

25    THE COURT:

1                    ...of the child is 16?

2    MR. ROBINS:

3                    Here is...

4    THE COURT:

5                    Have you been arrested?

6    MR. ROBINS:

7                    No.

8    THE COURT:

9                    This child's ten months old?

10   MS. TULL:

11                   Ten months old.

12   THE COURT:

13                   So this girl was 14 when she got pregnant?

14   MS. TULL:

15                   Or 15, you know, 14 or 15.

16   COURT CLERK:

17                   I gave it to her, the paystub.

18   MS. TULL:

19                   The paystub, yeah.

20   COURT CLERK:

21                   Oh, yeah it's right here.

22   MS. TULL:

23                   I had it for Plaintiff and for him.

24   COURT CLERK:

25                   His wasn't attached to it, that's why I didn't

1                see it.

2      MS. TULL:

3                Been on welfare from September 16, '08 with

4                grand mom.

5      THE COURT:

6                Johnathan Robins of Orlando, Florida and Erika

7                Johnson of South Carolina were married in

8                Missouri...

9      MR. ROBINS:

10               Yes.

11     THE COURT:

12              ...January 16 of '08.

13     MR. ROBINS:

14              The child is the child of the marriage.  So

15              the child, regardless if he's my biological

16              child or not, he's the child of marriage.

17     THE COURT:

18              He's not your biological child?

19     MR. ROBINS:

20              I'm not going to answer that at this time.

21     THE COURT:

22              Well, is there a challenge to paternity?

23     MR. ROBINS:

24              No.

25     MS. TULL:

1        No, he acknowledged paternity.

2   MR. ROBINS:

3        I acknowledged that he is my son through

4        marriage.

5   THE COURT:

6        Well, Mr. Robins, why don't you tell me what

7        you do as a self-employed individual?

8   MR. ROBINS:

9        Well, when I do have time to work from

10       watching my son, I do all types of work,

11       carpentry, plumbing, electrical, automotive,

12       work on people's...

13  THE COURT:

14       Well, what do you do mostly, carpentry,

15       plumbing, what?

16  MR. ROBINS:

17       I don't do anything mostly.  I work, you know,

18       there's no one field that I make basically...

19  THE COURT:

20       All right.  Now let's take him as a carpenter

21       and...

22  MR. ROBINS:

23       Okay.

24  THE COURT:

25       ...attribute an earning capacity to him.

1    MR. ROBINS:

2            And...

3    THE COURT:

4            Hourly average wage is $20.99.  You're 43.

5            You've been doing this for a while?

6    MR. ROBINS:

7            Yeah, but it's not -- but like I said, you're

8            putting me down as a carpenter.  I don't --

9            since I do a lot of things I don't make that

10           type of money.

11   THE COURT:

12           I know.  Well...

13   MR. ROBINS:

14           I know.

15   THE COURT:

16           ...you do electrical too.  Shall I take you as

17           an electrician, that's 29.19?

18   MR. ROBINS:

19           But I don't -- I wish I made that kind of

20           money.  I really do.  I don't...

21   THE COURT:

22           All right.  Take him at $20 an hour.

23   MR. ROBINS:

24           Okay.  Even though I don't make -- I'm putting

25           it on the record, I do not make that amount of

1           money.

2   THE COURT:

3               Okay.  But you haven't -- you didn't bring any

4               proof of income...

5   MR. ROBINS:

6               Okay.

7   THE COURT:

8               ...and you're not telling us what you do make

9               so we've got to use something.

10  MR. ROBINS:

11              Okay.

12  THE COURT:

13              So we're going to calculate your income based

14              upon $20 an hour.

15  MR. ROBINS:

16              And I'd like to know, since I take care of him

17              half the time, what -- why, you know...

18  THE COURT:

19              Do you have any Custody Order?

20  MR. ROBINS:

21              We don't have a Custody Order yet.  I filed

22              for custody and -- in February because I filed

23              because I've been trying -- I've got letters

24              from the medical center, but I have been

25              taking care of him...

1    THE COURT:

2         Yeah.  Well...

3    MR. ROBINS:

4         ...since...

5    THE COURT:

6         ...I tell you, if you were taking care of him

7         then Lucille Freeman wouldn't have him on

8         welfare.

9    MR. ROBINS:

10        Well, yeah, see they have him on welfare so

11        they can sit on their butt and collect a

12        check.  Me and -- myself and the mother takes

13        care of the child, not Lucille.  And Lucille

14        collects the money.  If -- I mean can we call

15        them and so that they can -- because they

16        really didn't want to come to Court and answer

17        some of the boldface lies they've been

18        telling.  Can we -- is -- because I know their

19        phone, their home phone number.  We can put

20        them on record too.

21    THE COURT:

22        I'm not going to do that...

23    MR. ROBINS:

24        Okay.

25    THE COURT:

```
 1                    ...but if you don't -- if you're dissatisfied
 2                    with my recommendation and you'd like...
 3     MR. ROBINS:
 4                    I'm going to appeal.
 5     THE COURT:
 6                    ...to take an appeal.
 7     MR. ROBINS:
 8                    I'm going to appeal.
 9     THE COURT:
10                    You can...
11     MR. ROBINS:
12                    And then I might just sue the county for
13                    depriving me of my parental rights and giving
14                    it to the grandmother because I can't put him
15                    -- I've been trying to put my son on health
16                    care and I can't.  They refuse to let me put
17                    him on health care because she has him on
18                    health care.
19     THE COURT:
20                    Do you have a tax return with you?
21     MR. ROBINS:
22                    No.
23     THE COURT:
24                    Do you pay taxes?
25     MR. ROBINS:
```

1        I have not paid -- I paid taxes.  No, I didn't

2        pay taxes.  I got a little return.

3   THE COURT:

4        Okay.

5   MS. TULL:

6        We can make part of your Order that the

7        Defendant is to add the child to his medical

8        insurance.  That's a Court Order.  That'll be

9        enough to get the child added to his medical

10       insurance.

11  MR. ROBINS:

12       Yeah, because I've got...

13  MS. TULL:

14       Taxpayers shouldn't be paying for it anyway.

15  MR. ROBINS:

16       ...a letter from this -- just to let you know,

17       I've got a -- I got the vaccination where I'll

18       be taking...

19  THE COURT:

20       I'm taking him at 34.  He says he doesn't pay

21       taxes, so I'll take him at 3466.

22  MS. TULL:

23       Okay.  I took him at, I think more or less...

24  THE COURT:

25       Yeah.



1    MS. TULL:

2         ...because I took off 20.

3    THE COURT:

4         You took him at less...

5    MS. TULL:

6         Yeah.

7    THE COURT:

8         ...because you took off for taxes.

9    MS. TULL:

10         Yeah.

11    THE COURT:

12         But he says he doesn't pay them so it'd be 785

13         a month.

14    MR. ROBINS:

15         And here's a letter that the benefits director

16         at the health center wrote up for me saying

17         that I've been trying to get health insurance

18         since he's been born and I -- and every single

19         time I try, you know, he has been on it.

20    THE COURT:

21         What's the effective date you're seeking?

22    MS. TULL:

23         She filed the complaint September 24, '08.

24    MR. ROBINS:

25         No, but what she did before -- she filed

```
 1              before when my wife and my son we were living
 2              together, she filed.  She had filed before and
 3              my wife and I had to call the worker, M. Ward
 4              and tell him no, the child is not living with
 5              her.  And M. Ward was supposed to take -- this
 6              was back in summer and -- because she had
 7              filed before.  He -- she was -- she had filed
 8              a case with him before in the summer and he
 9              took her off.  Then he allowed her to file
10              again in September.  I don't understand how
11              when he found out that she had fraudulently
12              filed him in the summer that he was -- that
13              she was allowed to file him again.
14   MS. TULL:
15              What happened at the pre-contempt conference
16              they held this morning?
17   MR. ROBINS:
18              The who?  The what?
19   MS. TULL:
20              The conference that was at 11:30 for your non-
21              payment.
22   MR. ROBINS:
23              We didn't have -- we had a conference?  Where?
24   MS. TULL:
25              I don't know.  There was supposed to be a
```

16

```
 1              conference at 11:30 today because you haven't
 2              made a payment on this Order.  It's an Interim
 3              Order that was entered.
 4    COURT CLERK:
 5              He didn't go.
 6    THE COURT:
 7              What was the Interim Order amount?
 8    MS. TULL:
 9              The Interim Order was $137 a month.
10    THE COURT:
11              Okay.  Well, this is going to be 765 a month.
12              What's the child's name?
13    MR. ROBINS:
14              Johnathan Robins, Jr.
15    THE COURT:
16              All right.  And you spell Johnathan in an odd
17              way, right?  Would you spell it for me?
18    MR. ROBINS:
19              J-o-h-n-a-t-h-a-n.
20    THE COURT:
21              J-o-n...
22    MR. ROBINS:
23              J-o-h-n...
24    THE COURT:
25              J-o-h-n...
```

1    MR. ROBINS:

2        ...t-h-a-n.  Last name Robins, R-o-b-i-n-s.

3    THE COURT:

4        We have J-o-h-n-a-t-h-a-n.  Is that incorrect?

5    MR. ROBINS:

6        Yeah, J-o-h-n-a-t-h-a-n.

7    THE COURT:

8        Okay.  Is there one b in Robins?

9    MR. ROBINS:

10       Yes.

11   THE COURT:

12       All right.  And his date of birth is 2/20/08.

13       I am directing you to pick him up on your

14       medical insurance.  That will work as a Court

15       Order so that will require your carrier to

16       pick up the child outside the open enrollment

17       period and should alleviate any issues that

18       you were having about medical insurance.

19   MR. ROBINS:

20       Okay.

21   THE COURT:

22       I'll put $76 on for arrears.

23   MR. ROBINS:

24       And the Order you just gave, I -- like I said,

25       I can't pay it because I don't work because I

1      actually take care of my son.  So it's like --
2      because really that's why I'm filing for full
3      custody because they play games.  Like last
4      week, a couple of week -- I picked him up
5      Monday like I'm supposed to, she like oh, take
6      him for the whole week.  I need a...
7  THE COURT:
8      Okay.  It's 765 a month with $76 a month on
9      for arrears, a total of 841 a month.  You have
10     20 days from today's date to appeal.
11 MR. ROBINS:
12     Okay.
13 THE COURT:
14     If you want to appeal, you must do so...
15 MR. ROBINS:
16     And also on top of that I might as well sue
17     them and find out how in the world they did
18     what they did.
19 THE COURT:
20     All right.
21 MR. ROBINS:
22     This boy here has spent more Court time and
23     money, but they're screwing me over.
24 COURT CLERK:
25     All right.  Mr. Robins, come along with me.

1                                               ***

2        [End of Proceeding]

3

```
1                    C E R T I F I C A T E
2       I, Francis J. Dujmic, hereby certify that the
3   proceedings and evidence are contained fully and
4   accurately on multi-track recording; that the recording
5   was reduced to typewriting by my direction; and that
6   this is a correct transcript of the same.
7
8                    _____
9                    Francis J. Dujmic, Administrator
10                   Court Reporters
11
12      DIAZ DATA SERVICES, hereby certifies that the
13  attached pages represent an accurate transcript of the
14  electronic sound recording of the proceedings in the
15  Court of Common Pleas of Delaware County, Pennsylvania,
16  in the matter of:
17
18
19                   LUCILLE FREEMAN
20
21                        vs.
22
23                   JOHNATHAN ROBINS
24
25                     # 08-02157
26
27
28                   BY:
29
30                   Janet M. Wilson   Digitally signed by Janet M. Wilson
                                        DN: cn=Janet M. Wilson, c=US, o=DiazDataServices,
31                                      email=info@diazdata.com
                                        Date: 2009.10.01 16:33:05 -04'00'
32                   _____
                     Janet M. Wilson
33                   Transcriber for
34                   Diaz Data Services
35
36      The foregoing record of the proceedings upon the
37  hearing of the above cause is hereby approved and
38  directed to be filed.
39
40                   _____
41                                    Judge
```