3:21cv1474

# EXHIBIT E

© 1998 Medlin Training Institute.  License granted to Pennsylvania Department of Corrections

## LEVELS OF DENIAL

1) *Denial of the act* -- "I didn't do it!"

   "It didn't happen."

   "She's lying."

   "I'm being framed!"

2) *Denial of Intent* -- "I did it, but I didn't mean to!"

   "It was an accident."

   "I just brushed up against her."

   "But I was drunk! I didn't know what I was doing."

3) *Blaming the Victim* -- "I did it, but it's really her fault!"

   "She was wearing a sexy dress."

   "She didn't say no."

   "He continued to be my friend."

   "He didn't stop me."

4) *Denial of Fantasy & Planning* -- "I did it, but I didn't plan it."

   "It just happened."

   "I wasn't sexually excited."

   "I didn't think about it before I did it."

   "I never fantasized about her."

5) *Denial of Frequency* -- "I did it – but it only happened once."

   "I only did it a few times."

   "I stopped after a month or so."

   "She exaggerated how long it went on."

© 1998 Medlin Training Institute.  License granted to Pennsylvania Department of Corrections.

Levels of Denial (cont'd)

6) *Denial of Intrusiveness* — "I did it, but it didn't go as far as she said."

"I just fondled her."

"I didn't penetrate her like she said."

"I threatened him, but didn't use force."

7) *Denial of Harm* — "I did it, but he wasn't really hurt."

"He didn't seem to care."

"She wasn't upset at all.  She liked it."

"She ended up getting married and having kids, so it didn't affect her life."

8) *Overall Minimization* — "Yeah, I did it, but it wasn't that bad!"

"I just touched her once."

"At least I didn't penetrate her."

9) *Denial of the Need for Treatment* — "I did it, but I'm over it now!"

"It will never happen again."

"It was a one time thing."

"I've learned my lesson. I won't ever let myself go back to prison."

"I've grown out of that."

© 1998 Medlin Training Institute. License granted to Pennsylvania Department of Corrections

# THINKING ERRORS OF SEX OFFENDERS: Part 1

Sex offenders know that their offending is wrong, but they allow themselves to offend anyway. They get past their conscience by telling themselves that what they are doing is not that bad. That is, they use "thinking errors" to minimize, justify, and rationalize their offending.

> *For example:* A sex offender might rationalize his offense by thinking that the victim wanted the sexual contact, or that the sexual contact didn't really hurt the victim.

By thinking distorted thoughts, sex offenders can pretend that their behavior is not that harmful and can avoid taking full responsibility for their behavior. We call these distorted thoughts "thinking errors."

Sex offenders use thinking errors in many areas of their lives:

- To avoid treatment
- To continue leading a dysfunctional lifestyle.

> *For example:* An offender might use thinking errors to justify his continued use of pornography or drugs. By using thinking errors, the sex offender can justify his deviant behavior and can feel that he has power and control.

In order for an offender to make changes in his life, he must recognize and correct his thinking errors. Otherwise, he is likely to continue hurting others and leading a self-destructive lifestyle. Offenders may use some or all of these thinking errors:

## 1)  Making Excuses

The offender offers excuses as a way to avoid taking responsibility for his behavior.

- "I was drunk at the time."
- "We were all pretty crazy that night."
- "My wife and I were having problems that year."

43

© 1998 Medlin Training Institute.  License granted to Pennsylvania Department of Corrections

## Thinking Errors of Sex Offenders (cont'd)

### 2)  Minimizing

The offender minimizes the seriousness of his offending.  He makes it seem like his offense was "not that bad."

- "I just fondled her one time."
- "I didn't use force."
- "He had already been molested by someone else."

### 3)  Blaming

The offender blames others as a way to avoid looking at his own responsibility.  Through blaming, he can encourage others, such as his family, to direct their anger at someone else who "caused" the problem.  This takes the heat off of the offender.

- "The detective was out to get me and my family."
- "That little slut accuses everyone of touching her."
- "She was wearing a short skirt and no bra."
- "He asked me about the birds and the bees."

### 4)  Lying

Offenders lie in order to avoid taking responsibility for their behavior. The offender makes up things that are simply not true.

- "I didn't do it."
- "I was falsely accused."

Or he leaves out important details and presents the information in such a way that he looks good.

- "My step-daughter came into my room and demanded to sleep with me the night I molested her."

But, the offender does not tell the full story: The child went to his room because she was frightened by a thunderstorm and was looking for a safe place.

© 1998 Medlin Training Institute. License granted to Pennsylvania Department of Corrections

## Thinking Errors of Sex Offenders (cont'd)

### 5)   Avoiding Detail

The offender talks in vague or general terms so he can't be confronted about the exact details of his offending.  He may use phrases such as "I guess," "in a sense," "I don't remember exactly," or "you might say."

- "I can't remember how old he was."

- "I guess that it went on for some time."

### 6)   Seeking Sympathy

The offender tries to get others to feel sorry for him. This way, the offender can make it harder for others to be angry with him and confront him.

- " No one ever believes me.  I may as well just give up."

- "I have a bad back so I'm in pain most of the time."

### 7)   Playing the Victim

The offender presents himself as a victim in order to manipulate others.

- If he can portray himself as a victim, then he can get others to rescue and defend him.

- He can also distract them from thinking about his offending.
  - ➤ The offender may develop problems, such as an illness or depression as a way to be a victim.
  - ➤ He may also spend a great deal of time talking about his own abuse as a child.

- If the offender can become a victim, then he does not have to recognize himself as an offender.
  - ➤ "You always pick on me in group."
  - ➤ "Nobody cares about me anyway."
  - ➤ "My ex-wife destroyed my life and left me with nothing."

© 1998 Medlin Training Institute.  License granted to Pennsylvania Department of Corrections

### Thinking Errors of Sex Offenders, Playing the Victim (cont'd)

➢ "I have to eat peanut butter sandwiches to be able to pay for treatment."

➢ "My back pain is so awful I can't sit through group."

## 8)   Changing the Subject

The offender either changes the subject or shifts the focus off of him. This allows the offender to avoid dealing with the real issues.

**Question:**   "Why were you late to group?"
**Answer:**     "I liked my old group better."

**Question:**   "Have you scheduled your polygraph exam?"
**Answer:**     "I'm very concerned about the validity of polygraphs."

**Question:**   "Why haven't you brought in the victim statements like you promised?"
**Answer:**     "Why can't you just go to the courthouse and get it?"

© 1998 Medlin Training Institute. License granted to Pennsylvania Department of Corrections

# THINKING ERRORS:  Part 2

### 9)   Distracting

The offender distracts the group from important issues by bringing up side issues.

He may try to stir up controversy and heated debate about these side issues.

- "I'm sure the polygraph is rigged."
- "The therapists are conspiring with the probation officers to make us come to treatment forever."

### 10)  Seeking Approval

The offender purposely does things in order to get attention or approval from others.

He wants to be praised and to avoid feeling badly.

> *For example:* The offender may type his homework assignments as a way to get praise from the group therapist. He may try to act like the "teacher's pet" or he may try to impress the group.

The offender is looking for attention, not to learn or to change his behavior.

- "I just wanted to tell the group that I haven't bought a lottery ticket in a whole week.  I think I'm finally gaining control of that addiction." The client had really bought a lottery ticket that morning, but he lied in order to seek approval.

### 11)   Mr. Nice Guy

The offender pretends to be nice when he is actually trying to manipulate someone.

- He may use this niceness to make the other person feel indebted to him, like they have to return a favor.

He may also present himself as being super-religious or overly sentimental by declaring his compassion for babies, the disabled, elderly, and pets.

- The offender's sentimentality and religiousness quickly disappear, however, when the offender acts out his sexual deviancy.

© 1998 Medlin Training Institute. License granted to Pennsylvania Department of Corrections

## Thinking Errors, Mr. Nice Guy (cont'd)

- He uses this fake sentimentality to hide his true lack of empathy and caring.

    ➢ "I just love little kids."

    ➢ "I really want to do volunteer work with the elderly. Someone needs to care for them."

## 12)  Mr. Unique

The offender believes that he is so special that the rules do not apply to him.

- He feels that he is better or different from the other offenders.

    ➢ Offenders use this thinking error in treatment when they do not want to hear feedback from others.

    ➢ When other offenders are talking, this offender may appear to be bored or will daydream.

- This offender may also view himself as being closer to the treatment staff than other offenders and may hang around to talk to staff before or after group.

## 13)  Making Others Look Foolish

The offender uses this technique to make other people look stupid.

- As other people start to show faith in the offender, he will let them down by failing, thereby making others look foolish for counting on him.

    *For example*: If the therapist compliments the offender for his work in treatment, then he will then fail the next assignment as a way to make the therapist look foolish.

## 14)  Assuming

The offender assumes that he knows how others think and feel.

- This is part of the offender's arrogance.

    ➢ "I knew you wouldn't mind if I missed group for the church service."

    ➢ "The group confronts me more because I'm black."

    ➢ "She must have enjoyed it because she closed her eyes."

© 1998 Medlin Training Institute.  License granted to Pennsylvania Department of Corrections

## Thinking Errors (cont'd)

### 15)    Using Anger

The offender uses anger to manipulate and control others.

- If he is confronted about a problem, he may use anger to distract others from his problem.

- He may also use anger as a way to get attention and as a way to scare off others from confronting him.

### 16)   Fighting

The offender tries to get others to fight by providing information that is upsetting to others.

- The offender may then try to resolve the conflict so he looks like a hero.

55

© 1998 Medlin Training Institute. License granted to Pennsylvania Department of Corrections

## THINKING ERRORS: Part 3

### 17)  Playing Confused

The offender presents himself as puzzled and confused.

- Others then spend time trying to address his confusion, thereby distracting from the real issue.

- If the offender acts confused, then it is difficult for others to confront him.

- The offender will appear to be cooperative and trying to follow the rules when he is actually just pretending to be confused.

### 18)  Silence

The offender is quiet during group and refuses to participate in discussions.

- This allows the offender to avoid working on his problems.

### 19)  People Pleasing

The offender tells people what they want to hear so they will like him.

- This is also a way to manipulate and control others by making it difficult for them to confront the offender.

A similar strategy is to always agree with others as a way to avoid confrontation.

### 20)  Acting Overly Optimistic

The offender acts overly positive in order to avoid looking at the reality of his offending.

- He will work hard at being cooperative, helpful, and supportive of others.

- Rather than thinking about his offense and the damage to the victim, he tries to focus on the positive.

- He may give compliments or make frequent jokes in group as a way to avoid focusing on the negative aspects of the offending.

© 1998 Medlin Training Institute.  License granted to Pennsylvania Department of Corrections

## Thinking Errors (cont'd)

### 21) Suddenly Cured

The offender claims that he has learned his lesson and is suddenly cured.

- He thinks that he doesn't need to spend time doing the homework since he has already learned from his mistakes.

  ➢ "I didn't feel aroused when that girl sat in my lap, so I must be over my problem now."

  ➢ "I've found God now, so I'll never re-offend."

### 22) Putting Others on the Defensive

The offender attacks others to make others the focus of confrontation.

- This allows the offender to act superior and assume the role of "teacher."

### 23) My Way

The offender insists on doing things his way because he wants to feel powerful and in control.

- He resists the rules of treatment, either directly or indirectly.

  *For example*: He may resist answering someone's question by giving a response that has nothing do with the question asked.  Or he may pretend to misunderstand the rules or homework assignments.

- The offender is basically showing that he wants things his way and does not want to feel controlled.

### 24) Take Anything

The sex offender has the attitude that he can take anything he wants.

- He tends to be self-centered and think that people are objects for him to use.

  *For example*: When a sex offender sees an attractive woman, he automatically regards her as his bed partner.  This attitude also shows itself when an offender assumes that he can take things he wants, such as a pen from his therapist's office.