3:21cv1474

# EXHIBIT G

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Ms Tice | 2. Date:<br>2/9/25 |
| 3. By: (Print Inmate Name and Number)<br>Johnathan Robins JP9849<br>*[signature]*<br>Inmate Signature | 4. Counselor's Name:<br>**Mr. Rigg** |
| | 5. Unit Manager's Name:<br>**Mr. Pasquale** |
| 6. Work Assignment: | 7. Housing Assignment:<br>**H-A** |

8. Subject: State your request completely but briefly. Give details.

When last I was in the program I was told staff would forward information. That is why I gave Ms Hall the envelope with information. Ms Hall said she gave this information to you. If you are not going to forward the information I would like it back so I could forward the documents to people who care about learning the truth.

9. Response: (This Section for Staff Response Only)

Your information was forwarded to me as SOP Coordinator and I responded to the request attached to the envelope stating we do not forwarded documents to the SOAB and you could provide that information to them yourself. I was told the information provided was a copy and not original documents therefore it was disposed of appropriately as there wasn't anything provided that would be needed within the program.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____   M. Tice PSS   DATE 2/14/25
                  Print                          Signature

**7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips**          **Attachment 3-1**